Case 7:23-cv-00010   Document 7   Filed on 03/07/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 07, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ERASMO ALVARADO and CATARINA ALVARADO,<br><br>    Plaintiffs,<br><br>VS.<br><br>PNC BANK NATIONAL ASSOCIATION, *f/k/a* BBVA USA, *f/k/a* BBVA COMPASS BANK,<br><br>    Defendant. | § § § § § § § § § § § § § §  CIVIL ACTION NO. 7:23-cv-00010 |

## **FINAL JUDGMENT**

The Court's March 7, 2023, order[1] dismissed all of Plaintiffs Erasmo Alvarado and Catarina Alvarado's claims with prejudice. The Court now renders final judgment in accordance with Federal Rule of Civil Procedure 54. All issues in this case are resolved by the Court's order. The Court holds that Plaintiffs takes nothing by this suit. Each party to bear its own costs. Any relief not expressly granted in this final judgment is hereby **DENIED**. This case is terminated, and the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 7th day of March 2023.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 6.